388 P.3d 52

**IN the INTEREST OF RC**

**NO. CAAP-16-0000061**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
November 10, 2016.

APPEAL FROM THE FAMILY COURT
OF THE FIRST CIRCUIT (FC–S NO. 14–
00111)

SUMMARY DISPOSITION ORDER

Affirmed.